```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
```

VAN MASTERS MANAGEMENT, INC.,

    Plaintiff,

                                      Case No. 10-10579

-vs-

                                      Hon: AVERN COHN

INDIANA INSURANCE COMPANY,
an Indiana Corporation,

    Defendant.

_____/

## ORDER OF BIFURCATION

      This is an insurance claim case. Liability and damages are the issues. In the interest of moving the case forward, the issues should be bifurcated. Fed.R.Civ.P. 42(b).

      Accordingly, liability and damages are BIFURCATED, with liability to be tried first.

      SO ORDERED.


Dated: June 25, 2010            S/Avern Cohn
                                     AVERN COHN
                                     UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 25, 2010, by electronic and/or ordinary mail.

                                       S/Julie Owens
                                       Case Manager, (313) 234-5160